# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| SHANE HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| SCOTT CHILDERS, in his individual capacity, ) | Demand for Jury Trial |
| ) | |
| Jane Doe #1, Ray County, Missouri Corrections ) | |
| Officer, in her individual capacity, ) | |
| ) | |
| and ) | |
| ) | |
| John and Jane Does, Ray County, Missouri ) | |
| Corrections Officers and Deputies, in their ) | |
| individual capacity, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

Plaintiff Shane Hill, by and through his undersigned counsel, for his Complaint against Defendants Scott Childers, Jane Doe #1, and the additional John and Jane Does, states and alleges as follows:

## Demand for Jury Trial

1. Plaintiff demands a jury trial on all issues raised herein.

## Nature of Action

2. On or around September 12, 2023, Plaintiff Shane Hill, a pretrial detainee incarcerated in the Ray County, Missouri jail, was physically beaten by Defendant Scott Childers, Ray County, Missouri Sheriff. Defendants Correction Officer Jane Doe #1 and additional John and Jane Does, who were Ray County, Missouri deputies and corrections officers, observed this beating, and had the opportunity and means to stop the beating, but failed to intervene to protect Plaintiff.

1

3. Accordingly, Plaintiff now brings the following claims pursuant to 42 U.S.C. § 1983: a Fourteenth Amendment excessive force claim against Defendant Childers and Fourteenth Amendment failure to intervene and protect claims against Defendant Jane Doe #1 and the additional Defendants John and Jane Does.

## Parties

4. Plaintiff is a 140-pound male individual over the age of eighteen years and currently resides at the Northeast Correctional Center in Bowling Green, Pike County, Missouri; at all relevant times to the allegations in this Complaint, Plaintiff was a pretrial detainee incarcerated in the Ray County, Missouri jail in Henrietta, Missouri.

5. Defendant Scott Childers is a 300-pound male individual over the age of eighteen years, and at all relevant times to the allegations in this Complaint, Defendant Childers was the Ray County, Missouri Sheriff; upon information and belief, he is a resident of Greene County, Missouri, which is in the Western District of Missouri. Defendant Childers is sued in his individual capacity.

6. Defendant Jane Doe #1 is a female individual over the age of eighteen years. At all relevant times to the allegations in this Complaint, Defendant Jane Doe #1 was a Ray County, Missouri corrections officer. Defendant Jane Doe #1 is sued in her individual capacity.

7. Defendants John and Jane Does are individuals over the age of eighteen years. At all relevant times to the allegations in this Complaint, Defendants John and Jane Does were Ray County, Missouri corrections officers and deputies. Defendants John and Jane Does are sued in their individual capacity.

## State Action

8. The acts and omissions of all Defendants herein which give rise to Plaintiff's claims were

2

Case 4:25-cv-00975-DGK    Document 1    Filed 12/19/25    Page 2 of 7

committed by them while acting under the color of state law, within the course and scope of their job duties, and in furtherance of the official pursuits of the Ray County, Missouri Sheriff's Office and the Ray County, Missouri jail.

## Jurisdiction and Venue

9. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331 and 1343.

10. The Court has jurisdiction over Defendants because the unlawful acts alleged in this Complaint were committed in the Ray County, Missouri jail located in Henrietta, Ray County, Missouri, which lies within the Western District of Missouri.

11. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because the events, acts, or omissions giving rise to Plaintiff's claims occurred in the Ray County, Missouri jail located in Henrietta, Ray County, Missouri, which, as provided in 28 U.S.C. § 105(b)(1), lies within the Western Division of the Western District of Missouri.

## General Allegations Common to All Counts

12. On or around September 12, 2023, a Ray County, Missouri deputy arrested Plaintiff and transported him to the Ray County, Missouri jail in Henrietta, Missouri.

13. At the Ray County, Missouri jail, a Ray County, Missouri deputy and Defendant Jane Doe #1 started the booking process for Plaintiff.

14. During the booking process, Defendant Jane Doe #1 placed Plaintiff, who was handcuffed in the front of his body, in a cell to complete booking paperwork.

15. A brief time later, Defendant Childers entered the cell, threw Plaintiff onto the bunk inside the cell, struck Plaintiff several times with his fists, choked Plaintiff while bending Plaintiff's arm back.

16. Defendant Childers then threw Plaintiff to the floor, put his knee into the back of Plaintiff's

head, smashing Plaintiff's forehead into the concrete.

17. While on the floor, Defendant Childers continued to strike Plaintiff with his fists.

18. While striking Plaintiff, Defendant Childers repeatedly yelled at Plaintiff, "who's your daddy?", "say you're a b*tch!" and other similar statements.

19. Defendant Childers also told Plaintiff, "I can do whatever I want, because no one will believe you."

20. After several minutes, Defendant Childers stopped hitting Plaintiff, picked Plaintiff up off the floor, and paraded Plaintiff (while Plaintiff was still handcuffed) around the jail in front of other male detainees while calling Plaintiff, a "b*tch" and a "p*ssy", and telling Plaintiff, "this is what you deserve," and "you're a piece of sh*t."

21. During the minutes-long beating by Defendant Childers, Plaintiff, who was handcuffed to the front of his body for the entire beating, never struck or kicked Defendant Childers or otherwise fought back.

22. Prior to and during the course of this beating, Plaintiff never posed a physical threat to any Defendant, any other Ray County, Missouri jail or Sheriff's Office staff, or any detainee.

23. During the minutes-long beating by Defendant Childers, Defendants Correction Officer Jane Doe #1 and Correction Officers and Deputies John and Jane Does stood in the doorway of the cell, just a few feet from Plaintiff and Defendant Childers, and observed the beating, but did nothing to prevent or stop it, even though they clearly had the opportunity and means to do so.

24. After the beating, Defendant Childers falsely reported to the Ray County, Missouri Prosecutor's Office that on September 12, 2023, Plaintiff had physically assaulted him (Childers).

25. As a result of Defendant Childers' false report to the Prosecutor, Plaintiff was charged with felony assault on a law enforcement officer.

4

26. Defendant Childers fabricated the factual basis for a felony charge of assault on a law enforcement officer against Plaintiff for the purpose of covering up his (Childers') physical attack of Plaintiff.

27. Upon information and belief, Defendants Jane Doe #1 and John and Jane Does knowingly acted as false potential prosecutorial witnesses in support of Defendant Childers' false report that Plaintiff had physically assaulted him (Childers).

28. Plaintiff suffered injuries, such as a black eye, scrapes and bruises, severe headaches, and general emotional distress from Defendant Childers' beating and the other Defendants' failure to prevent or stop the beating.

## Count I
## Fourteenth Amendment Excessive Force against Defendant Childers

29. Plaintiff incorporates by reference all paragraphs and allegations in this Complaint as though fully set forth herein.

30. Defendant Childers repeatedly struck Plaintiff with his fists, choked Plaintiff, smashed Plaintiff's forehead into the concrete floor, and bent Plaintiff's arm back, while Plaintiff was handcuffed and posed no physical threat to Defendant Childers or anyone else.

31. This use of force was excessive, not objectively reasonable under the circumstances, and not reasonably necessary to maintain order or security within the Ray County, Missouri jail or for any other legitimate purpose.

32. At all relevant times, Defendant Childers was acting under the color of state law.

33. As a result of this excessive use of force, Plaintiff suffered injuries, such as a black eye, scrapes and bruises, severe headaches, and general emotional distress.

**WHEREFORE** Plaintiff prays for a judgment in his favor and against Defendant Childers on Count I of his Complaint, for compensatory damages in an amount that is fair and reasonable,

punitive damages in an amount sufficient to punish Defendant or deter Defendant and others from similar conduct in the future, reasonable attorneys' fees, costs, pre- and post-judgment interest as allowed by law, and for such other and further relief as this Court deems just and proper.

## Count II
### Fourteenth Amendment Failure-to-Protect Claim against Defendant Correction Officer Jane Doe #1 and Correction Officers and Deputies John and Jane Does

34. Plaintiff incorporates by reference all paragraphs and allegations in this Complaint as though fully set forth herein.

35. Defendant Childers repeatedly struck Plaintiff with his fists, choked Plaintiff, smashed Plaintiff's forehead into the concrete floor, and bent Plaintiff's arm back, while Plaintiff was handcuffed and posed no threat to anyone, resulting in a use of excessive force.

36. Plaintiff was subjected to, and incarcerated under, conditions that posed a substantial risk of serious harm in that for several minutes, Defendant Childers repeatedly struck Plaintiff with his fists, choked Plaintiff, smashed Plaintiff's forehead into the concrete floor, and bent Plaintiff's arm back, while Plaintiff was handcuffed and posed no threat to anyone.

37. The substantial risk of harm to Plaintiff was significant and obvious to Defendants under the circumstances in that Defendants observed, from just a few feet away, Defendant Childers repeatedly strike Plaintiff with his fists, choke Plaintiff, smash Plaintiff's forehead into the concrete floor, and bend Plaintiff's arm back, for several minutes, while Plaintiff was handcuffed and posed no threat to anyone.

38. Defendants knew of the substantial risk of serious harm to Plaintiff and consciously disregarded the risk to Plaintiff's safety by failing to act to stop or prevent the minutes-long beating by Defendant Childers of Plaintiff, even though they had the means and the opportunity to do so.

39. Defendants knew Defendant Childers was using excessive force against Plaintiff; and

were deliberately indifferent to Plaintiff's need to be protected from Defendant Childers' physical attack and beating.

40. At all relevant times, Defendants were acting under the color of state law.

41. As a result of Defendants' failure to intervene and protect, Plaintiff suffered injuries, such as a black eye, scrapes and bruises, severe headaches, and general emotional distress.

**WHEREFORE** Plaintiff prays for a judgment in his favor and against Defendants Correction Officer Jane Doe #1 and other Correction Officers and Deputies Jane and John Does, on Count II of his Complaint, for compensatory damages in an amount that is fair and reasonable, punitive damages in an amount sufficient to punish Defendants or deter Defendants and others from similar conduct in the future, reasonable attorneys' fees, costs, pre- and post-judgment interest as allowed by law, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Diane Peters*
Mo. Bar No. 54784
1600 Genessee Street, Suite 954
Kansas City, Missouri 64102
Phone: (816) 838-2285
Fax: (816) 817-3831
Email: dianepeters@dianepeterslaw.com

*/s/ Jean Peters Baker*
Mo. Bar No. 47238
4050 Pennsylvania, Suite 115
Kansas City, Missouri 64111
Phone: (816) 730-4043
Email: jean@petersbakerlaw.com

Attorneys for Plaintiff