## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| SHANE HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-cv-00975-DGK |
| | ) | |
| SCOTT CHILDERS, in his individual capacity, | ) | |
| | ) | |
| Jane Doe #1, Ray County, Missouri Corrections Officer, in her individual capacity, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| John and Jane Does, Ray County, Missouri Corrections Officers and Deputies, in their individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

### Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Shane Hill, by and through his undersigned counsel, hereby gives notice that this action is voluntarily dismissed. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice, and Plaintiff has not previously dismissed any federal- or state-court action based on or including the same claim. *See* Fed. R. Civ. P. 41(a)(1)(B).

Respectfully submitted,

***/s/ Diane Peters***

Mo. Bar No. 54784
1600 Genessee Street, Suite 954
Kansas City, Missouri 64102
Phone: (816) 838-2285
Fax: (816) 817-3831
Email: dianepeters@dianepeterslaw.com

***/s/ Jean Peters Baker***

Mo. Bar No. 47238
4050 Pennsylvania, Suite 115
Kansas City, Missouri 64111
Phone: (816) 730-4043
Email: jean@petersbakerlaw.com

Attorneys for Plaintiff